**FILED**
MAY 19 2008
MAY 19 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAVIER BAILEY
Plaintiff(s)

v.

Defendant(s)
ROBERT JANIGA, et.al.

)
)
)
)
)
)
)
)
)
)
)

08CV2894
JUDGE SHADUR
MAGISTRATE JUDGE VALDEZ

### MOTION FOR APPOINTMENT OF COUNSEL

1. I, JAVIER BAILEY, declare that I am the (check appropriate box) ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   ☑ I am not currently, ~~nor~~ previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☑ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Javier Bailey_
Movant's Signature

R. B#2 P.O. Box 31
Street Address

Sumner Il. 62466
City/State/Zip

Date: 08 May 2008

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Kennelly | Case Number | 02-CV-2232 |
|---|---|---|---|
| Case Title | Bailey vs. Janiga et.al. | | |
| Appointed Attorney's Name | Kimberly Marsh | | |
| If case is still pending, please check box: | ☐ | | |

| Assigned Judge | Conlon | Case Number | 05-CV-4298 |
|---|---|---|---|
| Case Title | Bailey vs. Illinois et.al. | | |
| Appointed Attorney's Name | Micheal Clancy | | |
| If case is still pending, please check box: | ☐ | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: | ☐ | | |

| Assigned Judge | | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: | ☐ | | |