# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2894 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Javier P. Bailey vs. Rita A. Fry, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Both the Complaint and this action are dismissed with prejudice as to Bailey's Section 1983 claim, and the motion is denied as moot. (4-1) This Court has requested further input fro this District Court' staff attorneys who deal with prisoners' pro se actions, so that it holds in abeyance any ruling on the Application.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|