Order Form (01/2005)

CH

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2894 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Javier P. Bailey vs. Rita A Fry, et al | | |

**DOCKET ENTRY TEXT**

Enter Supplement to Memorandum Order. Bailey's In Forma Pauperis Application is denied. (3-1)

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|