IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAVIER P. BAILEY #K52482,          )
                                   )
            Plaintiff,             )
                                   )
    v.                             )    No.  08 C 2894
                                   )
RITA A. FRY, et al.,               )
                                   )
            Defendants.            )

### SUPPLEMENT TO MEMORANDUM ORDER

Just after This Court had issued its May 21 memorandum order ("Order"), this District Court's staff attorney's office submitted a summary of the earlier litigation history of pro se plaintiff Javier Bailey ("Bailey").  That summary reflects that Bailey had indeed accumulated three "strikes" for 28 U.S.C. §1915(g) purposes (rather than just two, as he represented in his current Complaint) even <u>before</u> he tendered this lawsuit:  Those were in Case Nos. 05 C 4149, 05 C 4598 and 07 C 4968.  That accumulation requires the denial of Bailey's In Forma Pauperis Application, as to which the Order had held any ruling in abeyance.

Such denial does not of course affect the dismissal of this action in substantive terms.  In that respect the Order remains in full force and effect.

                                                                     Milton I. Shadur
                                                                     Senior United States District Judge

Date:  May 22, 2008